AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JOSEPHINE L. POTENTE <br><br> *Plaintiff(s)* <br> v. <br> EQUIFAX INFORMATION SERVICES LLC; <br> EXPERIAN INFORMATION SOLUTIONS, INC.; <br> TRANS UNION LLC; and <br> BARCLAYS BANK DELAWARE <br> *Defendant(s)* | Civil Action No. 7:19-cv-4050 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BARCLAYS BANK DELAWARE
100 WEST STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: EVAN S. ROTHFARB
SCHLANGER LAW GROUP LLP
9 EAST 40TH STREET, SUITE 1300
NEW YORK, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/7/2019

/S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

