UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPHINE L. POTENTE,
                      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
LLC; TRANS UNION LLC; and BARCLAYS
BANK DELAWARE;
                      Defendants.
------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 4050 (VB)



      The Court has been advised plaintiff and defendant Equifax Information Services, LLC ("Equifax") have settled. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Equifax only. Any application to restore the action must be made by no later than March 19, 2020. To be clear, any application to restore the action must be filed by March 19, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate defendants Equifax.

Dated: February 7, 2020
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge