UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------x
JOSEPHINE L. POTENTE,
                 Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
LLC; TRANS UNION LLC; and BARCLAYS
BANK DELAWARE;
                 Defendants.
------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 4050 (VB)

      The Court has been advised plaintiff and defendant Trans Union LLC ("Trans Union") have settled. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Trans Union only. Any application to restore the action must be made by no later than March 19, 2020. To be clear, any application to restore the action must be filed by March 19, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate defendant Trans Union.

Dated: February 7, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge