UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPHINE L. POTENTE,                         :
          Plaintiff,                           :
                                              :      **ORDER OF PARTIAL**
v.                                            :      **DISMISSAL**
                                              :
EXPERIAN INFORMATION SOLUTIONS, INC.          :      19 CV 4050 (VB)
and BARCLAYS BANK DELAWARE,                   :
          Defendants.                          :
--------------------------------------------------------------x

      The Court has been advised plaintiff and defendant Experian Information Solutions, Inc. ("Experian"), have settled.  Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, as to Experian only.  Any application to restore the action must be made by no later than June 30, 2020. To be clear, any application to restore the action must be filed by June 30, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate defendant Experian from the docket.

Dated: May 29, 2020
      White Plains, NY          SO ORDERED:

                                                  Vincent L. Briccetti
                                                  United States District Judge